IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY JUJUAN HOPKINS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 14-0531-WS-C |
| ASHLEY M. RICH, *et al.*, | : | |
| Defendants. | : | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that this action be and is hereby DISMISSED without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 26th day of March, 2015.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE